IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL T. JOHNSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-2981
LT Case No. 2015-305722-CFDB

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Michael T. Johnson, Jasper, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, HARRIS and NARDELLA, JJ., concur.